IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| David Lopez, | : | |
| Plaintiff | : | Civil Action 2:10-cv-612 |
| v. | : | Judge Sargus |
| Commissioner of Social Security, | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

On February 23, 2011, the Magistrate Judge issued a report and recommendation that the decision of the Commissioner of Social Security denying benefits be affirmed. Objections to this report and recommendation were due by March 14, 2011.

Plaintiff has filed no objections to the report and recommendation. On *de novo* review as required by 28 U.S.C. §636(b), the Court finds the report and recommendation well taken. Accordingly, it (Doc. 13) is **ADOPTED**. The decision of the Commissioner of Social Security is **AFFIRMED**, and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

s/ [signature]  3-29-2011
United States District Judge