AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DAVID LOPEZ,**

  **Plaintiff,**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

  **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-10-612**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MARK R. ABEL**

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

  Pursuant to the ORDER filed March 30, 2011, JUDGMENT is hereby DISMISSING this case.

Date: March 30, 2011          JAMES BONINI, CLERK

                 */S/ Andy F. Quisumbing*
                 (By) Andy F. Quisumbing
                 Courtroom Deputy Clerk